IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


CHRISTOPHER JUNEAU
and TARA JUNEAU                                                    PLAINTIFFS


VS.                          CASE NO. 14-CV-4165


LEO JONES and
STATE FARM AUTOMOBILE INSURANCE
COMPANY                                                         DEFENDANTS


## ORDER

Before the Court is the Defendant Leo Jones' Motion to Dismiss Party. (ECF No. 10). It has

been reported to the Court that the within matter has been fully settled and compromised between

Plaintiffs and Defendant Leo Jones. Accordingly, the Motion is **GRANTED**, and Plaintiff's claims

against Defendant Leo Jones are hereby **DISMISSED WITH PREJUDICE**. If any party desires

that the terms of settlement be a part of the record therein, those terms should be reduced to writing

and filed with the court within thirty (30) days of the entry of this order. The Court shall retain

jurisdiction over the terms of the settlement agreement.

Plaintiffs' claims against Separate Defendant State Farm Automobile Insurance Company

remain pending.

IT IS SO ORDERED, this 2nd day of June, 2015.


                                          ___/s/ Susan O. Hickey____
                                          Susan O. Hickey
                                          United States District Judge