IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER JUNEAU
and TARA JUNEAU                                                                PLAINTIFFS

VS.                                    CASE NO. 14-CV-4165

LEO JONES and
STATE FARM AUTOMOBILE INSURANCE
COMPANY                                                                        DEFENDANTS

**ORDER**

Before the Court is Defendant State Farm's Motion to File Documents Under Seal. (ECF No. 33). Defendant requests that it be permitted to file one of Plaintiff's medical records under seal as an exhibit to Defendant's forthcoming response to Plaintiff's Motion for Summary Judgment. (ECF No. 28). Defendant states that the medical record is protected pursuant to certain federal laws, including HIPPA.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. The Clerk is directed to place the forthcoming exhibit under seal. The Clerk is further directed to allow the Court and the parties electronic access to the document.

IT IS SO ORDERED, this 30th day of September, 2015.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge